**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01933-GPG

R.F.D.,

      Petitioner,

v.

JUAN BALTASAR,
  *in his official capacity as Warden of the Denver Contract Detention Facility*
GEORGE VALDEZ,
  *in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement,*
MARKWAYNE MULLIN,
  *in his official capacity as Secretary of U.S. Department of Homeland Security*, and
TODD BLANCHE,
  *in his official capacity as Acting Attorney General of the United States Department of Justice,*

      Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 11] entered  by United States District Judge Gordon P. Gallagher on May 21, 2026, supplemented by the Status Report [D. 12], and Amended Status Report [D. 13] filed by Respondents, it is

ORDERED that Respondents complied with the Order [D. 11] and the Court was updated that Petitioner was granted bond of $8,500. It is

FURTHER ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 18th day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/D. Clement
       Deputy Clerk